# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
          **Plaintiff,**

**vs.**                                                        **3:07cr125/RV**

**TOMMY RAY MORTON**
          **Defendant.**

_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, TOMMY RAY MORTON, to the indictment against him is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 3rd day of December, 2007.


/s/ *Roger Vinson*
_____
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**